L. W. PAUL SUPPLY COMPANY, INC., Plaintiff-Appellant, *v.* LEON MEYER, Defendant-Appellee.

(No. 60773;

First District (5th Division)—April 11, 1975.

Opinion by Mr. JUSTICE LORENZ.

Goldman and Hesser, of Chicago (Gerald A. Goldman, of counsel), for appellant.

No appearance for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN WOLSKI, Defendant-Appellant.

(No. 60523;

First District (4th Division)—April 9, 1975.